JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DANA FITZGERALD YATES, | No. ED CV 16-01489-JVS (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| CYNTHIA Y. TAMPKINS, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated:  November 29, 2017

_____
JAMES V. SELNA
United States District Judge